UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LUIS AZUCENA,

               Plaintiff,

               v.

CAPITAL MANAGEMENT SERVICES, LP

               Defendant.
-----------------------------------------------------------------X

JUDGMENT

19-CV-04683 (AMD) (ST)

       A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on May 1, 2020, adopting the Report and Recommendation of Magistrate Judge Steven Tiscione, dated April 10, 2020, dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(b); it is

       ORDERED and ADJUDGED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated: Brooklyn, New York
       May 1, 2020

Douglas C. Palmer
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk